**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-693-0090**
**Thomasdunnlaw@aol.com**

**By ECF**                                                                                   February 17, 2020

Honorable Paul G. Gardephe
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re: United States v. Jibril Adamu,
          18 Cr. 601 (PGG)

Dear Judge Gardephe:

    I represent Jibril Adamu pursuant to the Criminal Justice Act. I write to request permission to file interim vouchers.

    I received an appointment to represent Mr. Adamu on October 17, 2019. Since that date I have spent many hours reviewing the voluminous discovery. Discovery received to date is more than 900 gigabytes of data. The discovery includes audio and video recordings, transcripts of recorded meetings and numerous DEA reports. In addition I have met with my client at the MCC on 7 occasions. Based on the time spent to date, the expected review of discovery, expected travel, the expected considerable hours to be spent with my client and the expected trial this request is made.

    Thank you for your consideration of this request.

                                                             Respectfully yours,
                                                             /s/
                                                             Thomas F.X. Dunn

MEMO ENDORSED

The Application is granted.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: Feb. 21, 2020