**THOMAS F.X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-693-0090**
**Thomasdunnlaw@aol.com**

**By ECF & Fax**                                                                                    October 5, 2020

Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, N.Y. 10007

   Re: <u>United States v. Jibril Adamu,</u>
    18 Cr. 601 (PGG)

Dear Judge Gardephe:

  I write to request a one day extension to file motions on behalf of my client Jibril Adamu. The motions are due today. I am unable to complete the submission today.

  Assistant U.S. Attorney Elinor Tarlow advised she has no objection to this request and even though I request this additional day the government will maintain the present schedule concerning their response.

  Thank you for your consideration of this request.

                Respectfully yours,

                /s/
                Thomas F.X. Dunn

Cc: Elinor Tarlow, Esq.
  Assistant U.S. Attorney

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: October 6, 2020