**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-693-0080**
**Thomasdunnlaw@aol.com**

October 28, 2020

Honorable Paul G. Gardephe
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Jibril Adamu,</u>
        18 Cr. 601 (PGG)

Dear Judge Gardephe:

    I represent Jibril Adamu pursuant to the Criminal Justice Act in the above captioned case. I write to request the assignment of Jacqueline Cistaro, an attorney to assist me on this case including reviewing discovery, meeting with Mr. Adamu at the MCC, and second seeding me at the expected trial in this matter.

    I request that Mr. Cistaro receive the standard $90. rate for associates assigned pursuant to the Criminal Justice Act.

    Mr. Cistaro was involved in a trial in the Eastern District New York in which I represented another defendant in the case. Her cross examination and grasp of evidentiary issues was impressive. She has extensive trial experience attained as a public defender in Florida and as an Assistant Attorney General in New Jersey,

    Thank you for your consideration of this request.

                                                Respectfully yours,
                                                /s/
                                                Thomas F.X. Dunn

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_/s/ Paul G. Gardephe_
Paul G. Gardephe, U.S.D.J.

Dated: October 29, 2020