**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
225 Broadway
Suite 1515
New York, New York 10007
Tel: 212-941-9940
Fax: 212-693-0090
Thomasdunnlaw@aol.com

**By ECF & email**                                                   March 26, 2021

Honorable Paul G. Gardephe
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re: <u>United States v. Jibril Adamu,</u>
           18 Cr. 601 (PGG)

Dear Judge Gardephe:

    I represent Jibril Adamu pursuant to the Criminal Justice Act. Pursuant to my request your Honor assigned Ms. Jacqueline Cistaro as an associate attorney concerning Mr. Adamu's defense. The order issued on October 29, 2020 at the rate of $90 per hour.

    On January 1, 2021 Ms. Cistaro became a member of the CJA Panel for the Southern District of New York. Since Ms. Cistaro is now a member of the panel, I request that your Honor assign Ms. Cistaro as a CJA attorney at the standard rate of $155 per hour and that the assignment be *nunc pro tunc* to January 1, 2021.

    Thank you for your consideration of this request.

                                            Respectfully yours,
                                            /s/
                                            Thomas F.X. Dunn

Cc: Jacqueline Cistaro, Esq.

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: April 1, 2021