UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA : **MCC Clothing**
: **ORDER**
- v. - :
:
: 18 Cr. 601 (PGG)
JIBRIL ADAMU :
:
Defendant. :
:
- - - - - - - - - - - - - - - - - x

To: METROPOLITAN CORRECTIONAL CENTER, NEW YORK, NEW YORK

WHEREAS, Jibril Adamu is an incarcerated individual at the Metropolitan Correctional Center, New York, New York ("MCC") under Registration number 87314-054; and

WHEREAS, trial in this matter is scheduled to commence on October 6, 2021 and to continue for approximately two weeks: and

WHEREFORE, Mr. Adamu requires two sets of clothes for trial, to be furnished by his attorney.

IT IS THEREFORE ORDERED that Mr. Adamu be permitted to receive up to two sets of suitable trial clothes at the MCC prior to October 6, 2021 and to maintain such clothes during the full pendency of the trial.

    SO ORDERED.
Dated: October 1, 2021
    New York, N.Y.

*Paul␣G.␣Gardephe* (signature)
_____
Hon. Paul G. Gardephe
United States District Judge