**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
Thomasdunnlaw@aol.com

**By ECF & Email**

Honorable Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, N.Y. 10007

      Re: United States v. Jibril Adamu,
          18 Cr. 601(PGG)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: October 7, 2021

Dear Judge Gardephe:

      I write to request leave to appear by zoom for a bail hearing at 9:00 a.m. I had suggested to the Magistrate Court in the Eastern District this afternoon that it be conducted at 9:00 a.m. since I thought we would start the trial day tomorrow at 9:30 a.m. In my view this is an emergency bail hearing since my client may receive a time served sentence. The sentence in that case has been delayed because a presentence report as of today had not been completed.

      I ask permission to appear to continue jury selection after the completion of that hearing. I will be in the courthouse during the hearing. I request that Jacqueline Cistaro, my co-counsel and a member of the CJA Panel handle the selection on behalf of Mr. Adamu in order that the selection not be delayed.

                                          Respectfully yours,
                                                 /s/
                                              Thomas F.X. Dunn

Cc: All Counsel (by ECF)