UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------- x

UNITED STATES OF AMERICA : ~~PROPOSED~~ **MCC VISITATION ORDER**

      - v. - :

             18 Cr. 601 (PGG)

JIBRIL ADAMU :

        Defendant. :

------------------- x

To: METROPOLITAN DETENTION CENTER, Brooklyn, NEW YORK

WHEREAS, Jibril Adamu is an incarcerated individual at the Metropolitan Detention Center, Brooklyn, New York ("MDC") under Registration number 87314-054; and

WHEREAS, trial in this matter is and to continue in progress and may be in progress on October 19th;

WHEREAS, it may be necessary on October 16th or 17th, 2021 for Mr. Adamu to meet with his attorneys, Thomas Dunn and Jaqueline Cistaro and/or his investigator Leonard Ward for up to 4 hours: and

WHERAS, it may be necessary for his attorneys to meet with Mr, Adamu for up to 2 hours during the evenings of October 18, 2021

IT IS THEREFORE ORDERED that Mr. Adamu be permitted to meet with his lawyers and/or investigator for up to 4 hours during the days of October 16 or 17, 2021 and up to 2 hours during the evenings of October 18, 2021 at the MCC.

    SO ORDERED.

Dated: October 14, 2021
       New York, N.Y.

                                                    Hon. Paul G. Gardephe
                                                    United States District Judge