UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

JIBRIL ADAMU,

Defendant.

**ORDER**

(S1) 18 Cr. 601 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

This Court will conduct a conference as to Defendant Jibril Adamu on **Wednesday, June 29, 2022 at 4:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
June 27, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge