UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JIBRIL ADAMU,

Defendant.

**ORDER**

(S1) 18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

This Court will conduct a conference as to Defendant Jibril Adamu on **Friday, July 15, 2022 at 4:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Since that conference will address matters relating to counsels' continued representation of Mr. Adamu, the Government need not appear.

Mr. Adamu's sentencing, currently scheduled for July 28, 2022, will instead take place on **July 27, 2022 at 3:45 p.m.**

Dated: New York, New York
       June 29, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge