UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

JIBRIL ADAMU,

Defendant.

**ORDER**

(S1) 18 Cr. 601 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      As stated on the record today, this Court will conduct a conference on **Thursday, September 22, 2022 at 2:30 p.m.** to determine whether a new lawyer will be taking over the representation of Defendant Jibril Adamu. The sentencing of Mr. Adamu is adjourned <u>sine die,</u> pending a determination of the continued representation of Mr. Adamu.

Dated: New York, New York
       July 27, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge