UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JIBRIL ADAMU,

Defendant.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for Tuesday, November 8, 2022 is adjourned to **Wednesday, November 9, 2022, at 10 a.m.**

Dated:  New York, New York
        October 27, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge