UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JIBRIL ADAMU,

Defendant.

**ORDER**

(S1) 18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated at today's conference, the applications of Thomas F.X. Dunn and the Law Offices of Jacqueline E. Cistaro to withdraw as counsel are granted. David Wikstrom is appointed as defense counsel.

There will be a conference on **January 25, 2023, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
January 11, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge