UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JIBRIL ADAMU,

Defendant.

**ORDER**

(S1) 18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated at today's conference, the sentencing of the Defendant will take place on **April 13, 2023, at 2:30 p.m.** Any submissions on behalf of the Defendant are due on **March 13, 2023**, and any submission by the Government is due on **March 23, 2023**.

Dated: New York, New York
January 25, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge