UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JIBRIL ADAMU,

Defendant.

ORDER

(S1) 18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated at today's conference, the sentencing of the Defendant will take place on **May 15, 2023, at 2:00 p.m.** Any further submissions on behalf of the Defendant are due on **April 27, 2023**. To the extent that the Defendant wishes to make arguments separate from those made by his counsel, he will make a separate submission by **April 27, 2023**. The Government will make any further sentencing submission by **May 4, 2023**.

Dated: New York, New York
April 13, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge