UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JIBRIL ADAMU,

Defendant.

**ORDER**

(S1) 18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Adamu, which is currently scheduled for **May 15, 2023**, is adjourned to **May 17, 2023, at 3:00 p.m.**

Dated: New York, New York
May 15, 2023

SO ORDERED.

Paul G. Gardephe
United States District Judge